## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Special Agent (SA) Scott A. Curry, (hereinafter "Affiant"), being duly sworn, depose and state the following is true to the best of my information, knowledge, and belief:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on reports prepared by myself and/or other law enforcement officers, communications with other individuals who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all known details and facts of which I am aware of relating to this investigation.

2. I have been employed by the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since April of 2021. Prior to ATF, I served approximately six years as a Kentucky State Trooper. I have received training and have gained experience in all aspects of law enforcement, including interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures. I have not included every detail of every aspect of Affiant training, education, and experience but have highlighted those areas most relevant to this application.

## PURPOSE OF AFFIDAVIT

3. This affidavit is submitted to support a criminal complaint and application for an arrest warrant for Deshawn L. PARKER.

4. Probable cause exists that on or about August 1st, 2026, in the Western District of Kentucky, the defendant, Deshawn L. PARKER, violated Title 18 U.S.C. § 922(g)(1) Prohibited Person in Possession of a Firearm and/or Ammunition.

5. Because this affidavit is submitted only to obtain a criminal complaint and arrest warrant, I have set forth only those facts I believe are necessary to establish probable cause for the above-mentioned offense in paragraph four.

6. On or about August 1st, 2026, Detectives with the Louisville Metro Police Department (LMPD) Summer Task Force (STF) were conducting surveillance at Victory Park in Louisville, Kentucky, when they observed Jihad A. HAQQ possessing a firearm near the intersection of South 23rd Street and Greenwood Avenue. When Detectives and officers began converging on the area to attempt to make contact with HAQQ, HAQQ began walking towards the park and was observed by Detective Jarrett Goff and Sergeant Joshua Arnwine observed HAQQ placing the handgun in or near a trash can. When investigators arrived at the trash can they observed a Smith & Wesson, Model: M&P, .45 caliber pistol, bearing serial number HAB6704. Additionally, Officer Jackson Woods discovered a second firearm in the trash can identified as a Taurus, Model: TH45, .45 caliber pistol, bearing serial number AEE403307. As investigators observed the firearm inside the trash can, Detective Ben Derby detained HAQQ, who was later

placed under arrest. PARKER initially left the park but returned as HAQQ was being arrested and began confronting investigators. After law enforcement had finished interacting with PARKER, the LMPD Real Time Crime Center analyzed the video and discovered PARKER discarding the Taurus, Model: TH45, .45 caliber pistol, bearing serial number AEE403307. PARKER's clothing from the video matched what he was wearing while he was speaking with officers and was detained before being placed under arrest.

7. Detectives reviewed Louisville Metro City cameras located at Victory Park and identified PARKER on the video discarding the Taurus, Model: TH45, .45 caliber pistol, bearing serial number AEE403307. In the video PARKER's clothing matched what he was wearing when investigators detained and arrested him. The Taurus, Model: TH45, .45 caliber pistol, bearing serial number AEE403307 discarded by PARKER can be observed in the video with a silver barrel differing from the Smith & Wesson, Model: M&P, .45 caliber pistol, bearing serial number HAB6704 discarded by HAQQ.

8. Detectives reviewed Louisville Metro City cameras located at Victory Park and identified the firearm discarded by PARKER as a Taurus, Model: TH45, .45 caliber pistol, bearing serial number AEE403307.

9. ATF Interstate Nexus Expert Special Agent Jarrod Chittum verbally confirmed that Smith & Wesson firearms are not manufactured in the Commonwealth of Kentucky, and their subsequent appearance here means that they traveled in interstate commerce.

10. Based on all the facts set forth above, I believe that sufficient probable cause exists that Deshawn L. PARKER has violated Title 18 U.S.C. § 922(g)(1) Prohibited Person in Possession of a Firearm and/or Ammunition.

I, Special Agent Scott Curry, being duly sworn, hereby depose and state that the facts stated in the foregoing affidavit are true and correct to the best of my knowledge, information, and belief.

_*/s Scott Curry*_____________
Scott Curry
ATF Special Agent

Sworn to and subscribed by telephone in accordance with Fed. R. Crim. P. 4.1 and 41(d)(3) before me this 2nd day of August 2026.

______________________________
Hon. Regina S. Edwards
United States Magistrate Judge
Western District of Kentucky